No. 81–1384. PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, BUREAU OF VOCATIONAL REHABILITATION, ET AL. *v.* SULLIVAN. C. A. 3d Cir. Certiorari denied.

No. 81–1386. PACIFIC FIRST FEDERAL SAVINGS & LOAN ASSN. *v.* GUINASSO ET UX. C. A. 9th Cir. Certiorari denied.

No. 81–1390. MISKOW, EXECUTOR, ET AL. *v.* BOEING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–1407. BENHAM-BLAIR & AFFILIATES, INC., DBA W. R. HOLWAY & ASSOCIATES *v.* CITY OF BROKEN ARROW, OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 81–1410. REHBERGER *v.* DARNELL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 81–1415. BUTTERWORTH, SHERIFF OF BROWARD COUNTY, FLORIDA *v.* SEMINOLE TRIBE OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 81–1418. QUALITY AUTO BODY, INC. *v.* ALLSTATE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–1419. MADISON *v.* BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–1420. STILL *v.* PERSONNEL BOARD OF JEFFERSON COUNTY ET AL. Sup. Ct. Ala. Certiorari denied.